Certificate Number: 03621-PAE-DE-031229225

Bankruptcy Case Number: 14-19972



03621-PAE-DE-031229225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2018, at 1:44 o'clock PM EDT, Frank E Kramer completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 25, 2018          By:     /s/Mike Fannelle

                                Name:   Mike Fannelle

                                Title:  Counselor

Certificate Number: 03621-PAE-DE-031229230

Bankruptcy Case Number: 14-19972



03621-PAE-DE-031229230

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 24, 2018</u>, at <u>1:44</u> o'clock <u>PM EDT</u>, <u>Martina A Kramer</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 25, 2018</u>          By:    <u>/s/Mike Fannelle</u>

Name:  <u>Mike Fannelle</u>

Title:  <u>Counselor</u>