IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
PHILADELPHIA DIVISION

IN RE: FRANK E KRAMER

CASE NO. 2-14-BK-19972

CLAIM: 10

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, Citibank, N.A.
hereby request the Trustee payment address on its claim for the above mentioned case be changed from the following address:

**Citibank, N.A.**
**Payment Center**
**4740 121st Street**
**Urbandale IA 50323**

To the new address below:

**Citibank, N.A.**
**6716 Grade Ln Blg 9 STE 910-PY DEPT**
**Louisville KY 40213-3439**

This address change pertains to Trustee payments only for this claim filed by the Creditor.

/s/ Stephanie Contreras            Date: 3/6/2019
Stephanie Contreras
Telephone: (425) 242-7100