United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 14-19972-amc
Frank E. Kramer                                                   Chapter 13
Martina A. Kramer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR          Page 1 of 2           Date Rcvd: Sep 17, 2019
                            Form ID: 138NEW       Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb       +Frank E. Kramer,    Martina A. Kramer,    2427 Continental Drive,    Warrington, PA 18976-1743
cr           +Citibank, N.A.,    6716 Grade Ln Blg 9 STE 910-PY DEPT,    Louisville, KY 40213-3410
13446026     +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13446027     +American Express,    P.o. Box 981537,    El Paso, TX 79998-1537
13514576      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13446028     +Cbna,    Po Box 769006,    San Antonio, TX 78245-9006
14287220     +Citibank N.A.,    6716 Grae Ln Blg 9,    ste 910-PY-DEPT,    Louisville KY 40213-3410
13522469     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13534372     +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
               Fountain Valley, CA 92728-0825
13446031     +Kia Motors Finance Co,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
13446033     +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13504744     +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13446035     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
               Frederick, MD 21701)
13532646     +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
               3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13468531     +Wells Fargo Bank, N.A.,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan, LLP,
               1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:24     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:23
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13469443      E-mail/Text: mrdiscen@discover.com Sep 18 2019 03:48:25     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13446029     +E-mail/Text: mrdiscen@discover.com Sep 18 2019 03:48:25     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13498437      E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:48:39      GREEN TREE SERVICING LLC,
               P.O. BOX 6154,    RAPID CITY SD, 57709-6154,    888-298-7785
13478435      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 03:49:43      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13446025       2ND MORTGAGE
13446030       IRS
13446032       Mortgage
13446034       Uncle
cr*          +POLICE AND FIRE FEDERAL CREDIT UNION,    901 Arch Street,    Phila., Pa 19107-2495
                                                                                   TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                  Page 2 of 2                  Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH R. LOVERDI    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               LoverdiJ@PFFCU.org,   divellod@pffcu.org
              PAUL H. YOUNG    on behalf of Debtor Frank E. Kramer support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Joint Debtor Martina A. Kramer support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Citizens Bank, N.A. bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Frank E. Kramer and Martina A. Kramer

        Debtor(s)                        Bankruptcy No: 14−19972−amc

                                        Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                               For The Court
                                                         Timothy B. McGrath
                                                          Clerk of Court

Dated: 9/17/19

                                                                                               75 − 74
                                                                                        Form 138_new